UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                   CASE NO. 06 B 08179
    KWASI F ABOAGYE
                                         CHAPTER 13

                                         JUDGE: BRUCE W BLACK
            Debtor
    SSN XXX-XX-6437
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 07/11/06 and confirmed on 12/20/06.

   2. The plan is paid in full.

   3. The Debtor paid a total of $ 11723.00 .

   4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| RICHARD AUTO | SECURED | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 74.29 | .00 | 74.29 |
| VISA | UNSECURED | NOT FILED | .00 | .00 |
| VISA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 3786.75 | .00 | 3786.75 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 368.00 | .00 | 368.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 550.87 | .00 | 550.87 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3634.67 | .00 | 3634.67 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 382.39 | .00 | 382.39 |

         Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 8796.97 | .00 | 8796.97 |
| PRINCIPAL PAID | .00 | .00 | 8796.97 | .00 | 8796.97 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 8796.97 | .00 | 8796.97 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $   2500.00
and was paid $    174.75  direct and $    2325.25   through the plan.

The Trustee received $    594.58 .

Refunds to the Debtor totaled $       6.20 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.

Dated: 09/18/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE